JOHN TIERNAN, Respondent, *v.* NORMAN E. MACK, Appellant.

*Tiernan* v. *Mack*, 115 App. Div. 921, appeal dismissed.
(Argued April 1, 1907; decided April 9, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1906, which affirmed an order of Special Term denying a motion to compel the plaintiff to accept the answer served upon him by defendant.

The motion was made upon the ground that the order of the Appellate Division was not appealable and permission to appeal had not been granted.

*Spencer Brownell* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Appraisal under the Transfer Tax Act of the Estate of FREDERICK COOK, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent; FREDERICK C. MACDONALD et al., Respondents and Appellants.

(Submitted April 1, 1907; decided April 9, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 187 N. Y. 253.)